1 of 32

CMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED EMA

JUL 17 2015
7-17-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARIO S. ENGLISH JR.

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

TARRY WILLIAMS,
LANEL PALMER
DEREK J. JABUREK
SAMUEL L. JOHNSON
S. JOHNSON
HALEH OBAISI

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

AMENDED COMPLAINT

Case No: 15 CV 3950
(To be supplied by the Clerk of this Court)

JUDGE John Robert BLAKEY

CHECK ONE ONLY:   AMENDED

____✓____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name: MARIO S. ENGLISH JR.

B.  List all aliases: _____

C.  Prisoner identification number: B-57430

D.  Place of present confinement: STATEVILLE CORRECTIONAL CENTER

E.  Address: P.O. Box 112 Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: TARRY williams

Title: WARDEN

Place of Employment: STATEVILLE CORRECTIONAL CENTER

B.  Defendant: LANEL PALMER #9959

Title: RETIRED OR FIRED Sgt. CORRECTIONAL officer

Place of Employment: WAS Stateville CORRECTIONAL CENTER

C.  Defendant: DEREK J. JABUREK #8787

Title: CORRECTIONAL officer

Place of Employment: Stateville CORRECTIONAL CENTER

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. DEFENDANT: SAMUEL L. JOHNSON #5112
   TITLE: CORRECTIONAL OFFICER
   place of employment: STATEVILLE CORRECTIONAL CENTER

E. DEFENDANT: S. JOHNSON #16148
   TITLE: CORRECTIONAL OFFICER
   place of employment: STATEVILLE CORRECTIONAL CENTER

F. DEFENDANT: HALEH OBAISI
   TITLE: Doctor
   place of Employment: STATEVILLE CORRECTIONAL OFFICER

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1983 civil claim 13-1199

B. Approximate date of filing lawsuit: 5-8-2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: MARK MCNABB, RANDY PFISTER, JOEL STARKEY, SHERRY BENTON and Johnny Watson.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): CENTRAL DISTRICT PEORIA DIVISION

F. Name of judge to whom case was assigned: CHIEF JUDGE JAMES E. SHADID

G. Basic claim made: Failure to protect claim, conditions of confinement deliberate indifference to serious medical needs, and retaliation claim.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending summary judgement stage

I. Approximate date of disposition: n/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## PRELIMINARY STATEMENT

This is a civil rights action, being brought by Mario English Jr. a state prisoner. The plaintiff is seeking compensatory, punitive monetary damages for excessive force, sexual violations which include unconstitutional strip search, deliberate indifference to my serious medical needs, conditions of confinement. All In violation of plaintiffs (8th Amendment) plaintiff has a right to be free from cruel and unusual punishment prison officials did not respond to plaintiffs grievances in violation of the FIRST and FOURTEENTH Amendment. plaintiff is alleging that the administration is hindering and/or precluding plaintiff from exhausting his Grievances all the way to the ~~administrated~~ administrative Review Board in springfield, Illinois and therefore also violating plaintiffs constitutional Right Guarantee under the "Fourteenth and First Amendment" to seek REDRESS in a court of law also, violating plaintiffs constitutional Right under the FIFTH Amendment, which violates plaintiffs due process Rights Each defendant is being sued in there individual capacity and offical capacity. all defendants have acted under color of state law at all times Relevant to this complaint.

IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① A. ON NOVEMBER-2-2014 1st shift time unknown. Unit, X-house upper center wing cell #5. C/o JABUREK and Sgt. Palmer came in cell 5 to remove a string from around plaintiffs neck. then plaintiff had to do a strip search by C/o S. Johnson #10148 and C/o Samuel L. Johnson #5112. C/o S. Johnson #10148 told plaintiff to squate down rather than bend over plaintiff did squate down. after plaintiff squated down sgt. palmer said, "no", I want him to bend over". plaintiff said, "no. I felt harassed. Sgt. palmer could have said, bend over when c/o S. Johnson #10148 said, "squate down. However, Sgt. palmer waited after plaintiff did the squate. when plaintiff said, "no." Sgt. palmer backed plaintiff to the back of the cell and sgt. palmer kicked plaintiff with his right leg in my leg. sgt. palmer and c/o JABUREK started punching plaintiff in the head and back and pulling my hair out. when plaintiff was on the ground sgt. palmer kneed plaintiff in the head. sgt. palmer grabbed plaintiffs right part of butt and pulled it open and asked C/o JABUREK if anything was there. c/o JABUREK said, "no. and they all left the cell. plaintiff did say he wants medical attention to all staff who left cell #5 c/o JABUREK, Sgt. palmer, S. Johnson #10148 and

4

Samuel L. Johnsen #5112. Internal affairs officers ▮▮▮
(NAME Augero) and C/o X. Taylor were there. C/o Augero took pictures
of plaintiffs leg, Back and hair on floor, and I BELIEVE left big toe.
plaintiff was NEVER allowed a chance to report staff beating on ME.
after complaining + complaining. plaintiff was finally allowed to give a statement
to Internal affairs officer peirce only about Sgt. Palmer sexually violating
my privacy. plaintiff was NEVER allowed to report staff for beating on me.
I gave the statement to officer peirce around January 26th to 30-2015.
I was on suicide watch and difficult to REMEMBER all dates. I was
sent to the health care unit and forced in 4 point restraints for 4 hours
By the tack team/orange crush. Camera used! I was denied pain
medication.

②B On October 27th 2014 a 2nd shift time unknown I was in x-house. I
was taken to health care By Lieutenant Schwartz. I seen Doctor
Haleh Obaisi. I told. Obaisi about the injuries and pain i was
having. I wasn't given any pain medication. I dont know what
DR. Obaisi wrote down But this is what i told the DR. I had Rib pain,
head pain, should pain, my left big toe was Busted open and staff was
punching me and hurting me in other ways besides using there fist. I told
the DR. about the cuts i had on my left and Right fore arms, Both hands
or fingers Bruises on left arm and Right arm where the cuts go and

Cuts on left stomach by belly button. you see this grievence was written 11-20-2014. I was dealing with pain all the way up to november 6th when i was finally given something for pain which didn't help much. it was issued to me for a month nou 6th to Dec 6th 2014. told about cut on face and forehead.

③ᶜ terry williams is the werden of stateville correctional center he is aware of everything that goes on with plaintiff and does nothing to stop it or help. plaintiff informed the werden several times, that plaintiffs life is in danger by prisoners and staff. prisoners want to assault & kill plaintiff if given the chance. staff beat on plaintiff and plaintiff can't report it. false ticket's from staff sexual violations by staff, want's lie detecter test, want's transfer, placed in administrative hold or detention in health care and moved from enemies in F-house segregation. prison officalls dont answer my grievences.

4 ⊙ plaintiff is alleging that the administration is hindering and/or precluding plaintiff from exhausting his grievence all the way to the administrative review board in springfield, Illinois and therefore also violating plaintiffs constitutional right guarentee under the "fourteenth and FIRST AMENDMENT" To seek REDRESS in a court of law. also, violating plaintiffs constitutional right under the FIFTH AMENDMENT which violates plaintiffs due process rights.

## V. EXHAUSTION OF LEGAL REMEDIES

#4A

Plaintiff exhausted all available administrative
remedies for my claims.

The Prison Litigation Reform Act does not define "availability"
for purposes of the exhaustion requirement.

Plaintiffs claims cannot be dismissed if prison employees dont
respond to a properly filed grievance or otherwise use affirmative
misconduct to prevent a prisoner from exhausting. "Dole v. Chandler,
438 F.3d 804, 809-10 (7th cir 2006).

8. Exhibit A pg 14, is a letter to counselor Harris
Explaining plaintiff timely filed 8 grievance 6 dated 11-19-2014
and 2 dated 11-20-2014. Plaintiff asked counselor Harris
Do you have any of 8 grievances or were they forwered to
counselor miles. and why havn't i received a response?

Counselor Harris response: I received 4 grievances from you
on 3-12-2015 dated 3-4-2015 and 3-5-2015.
I dont have any other grievances

Plaintiff still hasn't received responses on all four of these grievance.

C. Exhibit B pg 15 , Is a Letter to Grievance officer Anna McBee, ccil. it says I am sending you 8 grievances 6 are dated 11-19-2014 and 2 dated 11-20-2014.
the counselor did not respond to these grievances.
I believe i still have to send these grievances to you and Springfield. Please let me know you received these grievances.

D. Exhibit C pg 16 , Dated 4-23-2015 is a copy from the Grievance officer.

E. Exhibit D pg 17 , Is a paper that says, Inmate Grievance Procedure.

Quick Facts #4 is circled. It says, If an inmate does not receive a response at any stage of the process, he/she should move along to the next step in the process, including a note as to why the prior stage was not completed.

This is what plaintiff did.

F. Exhibit E pg 18, is a paper from the administrative Review Board showing they received grievances dated 11-19-2014 and 11-20-2014.

G. Exhibit F pg 19, Is a grievance dated 11-20-2014 it is a grievance Filed against Docter Haleh obaisi and it explains plaintiff's pain and injuries and denied medical treatment.

H. Exhibit G pg 20, Is a grievance dated 11-20-2014 its a grievance Filed against defendants, Sgt. Lavel Palmer, Derek J. Jaburek, Samuel L. Johnson, S. Johnson it explains what happened to plaintiff.

I. Exhibit H pg 21, Is a Letter dated 12-2-2014 From warden tarry williams. plaintiff received this letter after he wrote tarry williams a Letter. plaintiff does not have a copy of the Letter to the warden. However, plaintiff will write some of the issues he wrote to the warden.

plaintiff's Life is in danger by prisoners and staff. prisoners want to assault + kill plaintiff FF given the chance. staff beats on plaintiff and plaintiff cant report it. False tickets from staff, sexual violations by staff, wants lie detector test, wants transfer, placed in administrative hold or detention in health care and moved from enemies in F-house segregation. prison officells dont answer my grievances.

J Exhibit I pg 22, is a copy of the front page of a temporary restraining order. received 5-4-2015 By Judge John Robert Blakey and Magistrate Judge Jeffrey T. Gilbert. pc 4

K Exhibit J pg 23, is a Grievance dated 4-17-2015 it was a timely filed Grievance. this Grievance was apart of the temporary restraining order received 5-4-2015. plaintiff still hasnt received a response on this Grievance. which is further proof counselors only answer Grievances that they want to answer.

plaintiff wants to point out on the back of Grievance dated 4-17-2015. warden Tarry williams made rounds in F-house 4-18-2015 plaintiff tried to stop the warden But he just kept going.

this grievance clearly says, I have informed the warden
Terry by letter and verbally, that plaintiff's life is in danger
by prisoners in F-house and staff at stateville. prisoners want to
assault and kill plaintiff if given the chance. staff beats on plaintiff
and can't report it. False tickets from staff, sexual violations by staff
want's lie detector test, want's transfer out out of state transfer
placed in administrative hold or detention in health care and
moved from enemies in F-house segregation. I can't go
outside without being attacked. prison officials don't answer
all my grievances. Etc! End.

14 of 32

SUN!

Exhibit A

TO: F-house counselor Harris                    3-8-2015
FROM: Mario S. English B57430 F-house 222

I timely Filed 2 grievance dated 11-19-2014-2-dated 11-20-2014

Counselor Hall isn't here anymore.

Do you have those grievances or were they forwerd
to counselor Miles?

why haven't i received a response?

I received    4   grievances
from    you    on    3/12/15
dated  3/4/15   and   3/5/15
I don't have any other grievance

Exhibit B

To: Grievance officer Anna McBee, CCII
From Mario J. English B-57430 F-house 208

I am sending you 8. grievances.
6 are dated 11-19-2014 and 2 dated
11-20-2014

The counselor did not respond to these
grievances

I Believe i still have to send these
grievances to you and springfield.
Please let me know you received these
grievances

thank You!

RECEIVED

JUN 0 1 2015

ADMINISTRATIVE
REVIEW BOARD



**Illinois
Department of
Corrections**

*Exhibit C*

**Bruce Rauner**
Governor

**Donald Stolworthy**
Director

**Stateville Correctional Center**
Route 53, P.O. Box 112
Joliet, IL 60434

Telephone: (815) 727-3607
TDD: (800) 526-0844

# M E M O R A N D U M

**RECEIVED**
JUN 0 1 2015
ADMINISTRATIVE
REVIEW BOARD

DATE: 4/23/15

TO: English B57430

FROM: GRIEVANCE OFFICER

SUBJECT:
The attached grievance is being returned for the following reason:

_____ It needs to be rewritten and submitted to your counselor on the attached
IDOC Offender's Grievance form.

\_\_**X**\_\_ It was not filed within 60 days of discovery of the incident, occurrence, or
problem which gives rise to the grievance as required in DR 504F, Grievance
Procedures for Committed Persons.

_____ Issue needs to be discussed with your counselor for possible resolution.

_____ No issue outlined in grievance.

\_\_\_\_\_ It appears that no attempt has been made to resolve the issue as required by DR
504F. Submit grievance to your cell house counselor.

_____ Issue is currently being reviewed by the Office. *You will receive a copy of the
Grievance and decision when it is completed.

_____ Issue previously addressed on. No justification for further action.

\_\_**X**\_\_\_ Other: Originals required for future grievances
cc:    file

*I received this back in regards to Grievances dated, 6 11-19-2014 and 2*
*dated 11-20-2014. The originals were not sent back to me from the*
*counselor. that's why i sent copies to grievance officer.*

*Exhibit D*



# Inmate Grievance Procedure

Prepared by the Uptown People's Law Center

## Quick Facts

1. Before filing a lawsuit, an inmate MUST complete the grievance process. Therefore, it is important that all prisoners with a grievance start and complete the process as soon as possible.
2. Grievances must include as much detail as possible, including specific names, dates, and facts
3. A grievance must be filed within 60 days of the incident giving rise to the complaint.
4. If an inmate does not receive a response at any stage of the process, he/she should move along to the next step in the process, including a note as to why the prior stage was not completed
5. If filing a grievance about a facility other than the one where the prisoner is currently incarcerated, the grievance can be sent directly to the *ARB.*
6. It's VERY important to keep notes and records of any communications with prison staff about the status of grievances.

## The Grievance Process

**Step 1:** Fill out the grievance form, including as many specific details as possible, within 60 days of the alleged incident.

**Step 2:** Bring the issues and the grievance form to the attention of the prison counselor. If the counselor is unable to resolve the issue informally, follow the remaining steps.

**Step 3:** After obtaining the counselor's signature, submit the grievance form to the prison's Grievance Officer by depositing it in the living unit mailbox or the place designated by the prison.
   - IMPORTANT: Keep a copy of the grievance.
   - The Grievance Officer will review the grievance and forward his/her recommendation to the Warden, who will make the final decision at the prison.
   - The Warden has 2 months to respond to a grievance.

**Step 4:** If unsatisfied with the Warden's decision, appeal the decision to the Director of the Illinois Department of Corrections by sending your grievance to the Administrative Review Board (ARB) within 30 days of the Warden's decision.
   - Include a copy of the Grievance Officer's report and Warden's decision with the appeal and keep a copy of all documents.
   - If the grievance was rejected by the Grievance Officer/Warden <u>as untimely, include an explanation of good cause with the appeal to the ARB detailing why the appeal was not filed in time</u>, attach any supporting notes or documentation.
   - If you do not receive a response from the Grievance Officer/Warden within 2 months, forward a copy of your grievance to the ARB stating that you did not receive a response.
   - The ARB has 6 months to respond to a grievance appeal.
     - If no response is received within 3 or 4 months, write a letter to ARB inquiring into the progression of their decision.

**Completion of the Process:** The grievance process is only complete after each of the above steps has been taken. An inmate CANNOT file a lawsuit until he/she has completed the entire process.

*Revised Exhibit*

X-UC-03

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _English_ _Mario_ _____ _B57430_
          Last Name        First Name    MI    ID#

Facility: _Stateville C C_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _11/19/14_ _11/20/14_ or ☐ Correspondence: Dated: _____

Received: _6/1/15_ Regarding: _Staff Conduct - Assaulted by Officers on 10/3/14_
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; **therefore, this issue will not be addressed further.**

☐ This office previously addressed this issue on _____
                                                Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Leslie McCarty_          _Leslie McCarty_          _6/4/15_
              Print Name                  Signature                 Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

Re: counselor #34
Hospital 129

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-20-2014 | Offender: (Please Print) MARIO S. ENGLISH JR. | ID#: B-57430 |
|---|---|---|

| Present Facility: Stateville CC | Facility where grievance issue occurred: Stateville CC |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: _____ / _____ / _____
          Date of Report           Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On Oct 27th 2014 2nd shift time unknown, I was taken to health care by Lt. Schwartz. I seen DR. Maleh OBAISI. I told DR. OBAISI I had rib pain, head pain + shoulder pain. I wasn't given any pain pills. I also told OBAISI my left big toe was busted open and staff was punching me and hurting in other ways besides using there fist. I told him OBAISI about the cuts i had on my left and right forearms, both hands on fingers bruises on left arm and right arm where cuts go and cuts on left stomach by belly button. I didn't get any medication for pain untill Nov. 6 until 110 Dec 6. 2014, 2 times a day. told about cut on face, forhead.

Relief Requested: 1,000 through the grievance procedure I will ask for more in civil court 8th Amendment prohibits the "unnecessary and wanton infliction of pain Estelle v. Gamble

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mario S. English | B-57430 | 11, 20, 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

JUN 0 1 2015

ADMINISTRATIVE
REVIEW BOARD

_____ Print Counselor's Name      _____ Counselor's Signature      _____ / _____ / _____ Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature      _____ / _____ / _____ Date

---

Distribution: Master File; Offender           Page 1           DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

To: Counselor Hall
Hospital 129

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-20-2014 | Offender: (Please Print) Mario S English Jr | ID#: B-57430 |
|---|---|---|
| Present Facility: Stateville CC | Facility where grievance issue occurred: Stateville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only for EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On Nov-2-2014 1st shift time unknown, c/o Jaburek and c/o palmer came in my cell #5 upper center to remove a string from around my neck. then I had to do a strip search. By c/o S. Johnson big guy c/o S. Johnson with same name is thiner.
S. Johnson told me to squate down rather than bend over. I did squate down after that, c/o palmer ~~~~ backed me to the back of the cell he kicked me with his right leg. c/o palmer & c/o Jaburek started punching me in my head and back and pulling my hair out. when i was on the ground palmer kneed on me in the head. palmer grabbed my right butt check and pulled it open and asked Jaburek if anything was there Jaburek said, no and

**Relief Requested:** I go through the grievance procedure or will ask for more in civil court. transferred out of stateville and never returned to stateville CC suspend all all who was present during the excessive force and who watched it. End!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Mario S English | B-57430 | 11, 20, 2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
JUN 0 1 2015
ADMINISTRATIVE REVIEW BOARD

| _____ | _____ | ____/____/____ |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

they all left 2 C/o S. Johnson, Lt. Johnson, c/o palmer, 2 and C/o JARUZEK!

These officers had no right using EXCESSIVE FORCE on me. I didn't resist anything.

I was on suicide watch already.
I was sent to health care to bed placed in 4 pt point restraints.

I told NURSE Athena, I had head & Back pain.
I wasn't given any pain pills.

this DELIBERATE indifference to my serious medical needs. which violates the 8th Amendment.

witness who heard what was going on
John wilson level-E-seg.       End!

STAR ⋆ on front page after i squat down Sgt palmer said, no i want him to BEND over. i said, no. I felt harassed. palmer could have said, Bend over when squats. Johnson said squat but palmer waited after i did the squat.



# Illinois
## Department of
# Corrections

**Pat Quinn**
Governor

**S. A. Godinez**
Director

**Stateville Correctional Center**
**Route 53, P.O. Box 112**
**Joliet, IL  60434**

Telephone: (815) 727 -3607
TDD: (800) 526-0844

December 2, 2014

**Inmate:  Mario English- B57430- MS129**

**RE: Inmate Issues**

Dear Mr. English:

This is in response to your recent communication to me regarding an issue or concern that you expressed.  Your concerns are being reviewed and referred if necessary to the appropriate individual for resolution.

If there is a need for additional information or a formal response you will be notified in writing.  I appreciate that you took the time to communicate your concerns and observations to me.

I trust this is responsive to your request.

Sincerely

Tarry Williams
Warden

TW/jal

cc:      File

22 of 32
~~1 of 2620~~

Exhibit I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 0 4 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MARIO S. ENGLISH
Plaintiff,

VS

TARRY WILLIAMS Et. al,
Defendants

) ORDER TO
) CAUSE FOR A
) INJUNCTION
) A TEMPORARY
) RESTRAINING
) ORDER
)
) NO.
)

15cv3950
Judge John Robert Blakey
Magistrate Judge Jeffrey T. Gilbert
PC4

A TEMPORARY
RESTRAINING ORDER

Now comes plaintiff, MARIO S. English pro-se Respectfully
moving this honorable court, pursuant to Rule 65 (b) of the
Federal Rules of civil Procedure, and title 18 U.S.C § 362 (A)(2)
seeking a temporary Restraining order against
Tarry williams.

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 4-17-2015 | Offender: (Please Print) MARIO S ENGLISH | ID#: B-57430 |
|---|---|---|
| Present Facility: Stateville CC | Facility where grievance issue occurred: Stateville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____    _____
  Date of Report                               Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On 4-15-2015 time unknown I was in health care cell 130. Sgt. Richards and Lt. Berry took me to F-house cell 208 segregation. I told all of Mental Health I-A, turner, warden tarry williams that i have enemies who want to hurt me and kill me if given the chance. I was placed in a one man room - staff in F house dont know who will attack me. F-house staff may put me around someone and i could be spit on, kicked etc! I had enemies, spit on me, kick me, threw Hot water on me, urine on me. If anything happens to me staff will be held liable. I have a right to ask for help and that's what i am doing. it's in my records. that i have enemies in F-house who want to kill me.

Relief Requested: sent to health care for safety resons. placed on administrative hold or detention untill i'am transfered and then i can go outside. transfered out of state enemy problems and needs protection from certain staff members Filed a (tro) in Federal court

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mario S. English                                   B-57430                    4, 17, 2015
    Offender's Signature                              ID#                         Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) |
|---|

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____     _____     _____
Print Counselor's Name             Counselor's Signature                 Date of Response

---

| **EMERGENCY REVIEW** |
|---|

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____          _____
Chief Administrative Officer's Signature                            Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (8/2012)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

I've been in plenty of fights - I don't want to fight anybody. I don't have people issues. I don't have nothing to prove. I want to make it home so i can have a life like you people prison don't need me. there's plenty of people to take my place. I don't start drama then ask for help. I'm not in a gang and i don't do what the gangs do, so it causes many problems for me. I defend myself so i can make it home. I am working in trying to get moved out of state due to so many enemies. I can't go out side with out being attacked. so im suppose to stay inside for the rest of my life because i have enemies who want to attack me. Humans need yard time. I haven't had yard for 6 months.

I know what will happen. How many times do i have to go through it? Fight in menard was on the yard. Fight in pontiac was on the yard. its not wrote up right but i was wrote up for assault because i refused to talk. abuse of authority! I fought a guy named Richy Rich on the pontiac yard but it couldn't be recorded by I-A because Richy transfered the next day after i talked to I-A. this was just an excuse. I-A didn't want to do anything. I was surround by four population prisoners on the pontiac yard and attacked by 3 of them. that's what my lawsuit is for (Failure to protect claim) I have a court date this June - 2015.
this doesn't count my other fights and when i had surgery in (09) at menard. (Enough is Enough).
warden harry williams made rounds in F-house 4-18-2015. I tried to stop him. But he just kept walking. I have informed the warden 'harry' by letter and verbally, that plaintiff's life is in danger by prisoners in F-house and staff at stateville prisoners want to assault and kill plaintiff if given the chance. staff beats on plaintiff and can't report it. False tickets from staff, sexual violation by staff. wants lie detector test. wants transfer, and out of state transfer. placed in administrative hold or detention in health care and moved from enemies in F-house segregation. I can't go outside without being attacked. prison officials don't answer all my grievances. Etc! Etc! End.

For the record.
on 3-8-2015 prisoners came out of there cuffs in the shower, while cells were shaken down. when a certain prisoner went to the shower, he was attacked while in hand cuffs. I'm just showing this isn't a safe environment. prisoners strike first chance they get. I was told by the attacker I was lucky i just left the shower, he was gonna attack both of us. we had past arguements.

# VI. Claims upon which Relief May Be Granted

A. that the deliberate actions of WARDEN TARRY williams are in violation of the Eighth Amendment, the right to be free From cruel and unusual punishment. TARRY is well awer of what's been going on with plaintiff and has done nothing to stop it TARRY is Reckless and will continue to do so. plaintiff has informed WARDEN TARRY williams by Letter and verbally, that plaintiffs Life is in danger by prisoners in F-house and staff at stateville correctional center. prisoners want to assault and kill plaintiff If given the chance. staff beats on plaintiff and cant Report it. false tickets from staff, sexual violations by staff wants lie detector test, wants transfer and out of state transfer, placed in administrative hold or detention in health care and Moved from enemies in F-house segregation. I cant go outside without being attacked. prison officalls dont ~~answer~~ answer all my grievances Etc. End.

B. that the deliberate actions of DEREK J. JaBurek and Sgt. Lavel Palmer was conducted with malicious and sadistic intent By using unnecessary, "Excessive force". which is in violation of the EIGHth Amendment, conditions of confinement and right to be free from cruel and unusual punishment DEREK J. JaBurek and Sgt. Lavel Palmer

are reckless and will continue to do so. Sgt. palmer Backed plaintiff to the Back of the cell and kicked me in the leg with his right leg. Sgt. palmer and c/o Jaburek started punching plaintiff in the head and Back and pulling my hair out. when i was on the ground, sgt. palmer kneed me in the head. ~~palmer~~ ~~Grabbed the right part~~

C. that the deliberate actions of Sgt. ~~palmer~~ Lavel Palmer is in violation of the EIGHTH AMENDMENT, conditions of confinement and the right to be FREE FROM cruel and unusual punishment. Sgt Palmer conducted an unconstitutional strip search, in that palmer GRABBED my right part of Butt and pulled it open and asked c/o Jaburek if anything was there. c/o Jaburek said "no". Sgt. palmer is Reckless and will continue to do so.

D. that the deliberate actions of, c/o DEREK J. Jaburek, Sgt. Lavel Palmer, c/o Samuel L. Johnson and S. Johnson #2014 are in violation of the EIGHTH AMENDMENT, the right to be FREE FROM cruel and unusual punishment. conditions of confinement. deliberate indifference to my serious medical needs. all staff member are reckless and will continue to do so. when staff LEFT CELL 5. plaintiff asked all staff FOR medical attention. plaintiff didn't Receive any medical attention.

E. that the deliberate actions of prison officals, they did not respond to Grievance dated 11-20-2014 concerning Sgt. Lavel Palmer, Derek J. Jaburek, samuel L Johnson and S. Johnson #20148 prison officals are reckless and will continue to do so plaintiff is alleging that the administration is Hindering and/or Precluding plaintiff from exhausting his Grievance all the way to the administrative Review Board in springfield, Illinois and therefore also violating plaintiffs constitutional Right Guarantee under the, "Fourteenth and First Amendment" To seek <u>Redress</u> in a court of Law. conditions of confinement also, In violation of the FIFTH Amendment which violates my due process Rights.

F. that the deliberate actions of Doctor haleh obaisi is in violation of the EIGHTH Amendment, the Right to be Free from cruel and unusual punishment. plaintiff did not get any pain pills untill November 6 - 2014 Dr. obaisi denied plaintiff medical treatment for many days oct - 27 - 2014 to Nov - 6th - 2014 which is deliberate indifference to my serious medical needs conditions of confinement. Dr. obaisi is reckless and will continue to do so.

G. that the deliberate actions of prison officals, they did not respond to GRIEVANCE dated 11-20-2014 concering Doctor haleh obairi. prison officals are RECKLESS and will continue to do so. plaintiff is alleging that the administration is Hindering and/or precluding plaintiff from exhausting his GRIEVANCE all the way to the administrative REVIEW board in springfield, Illinois and therefore also violating plaintiffs constitutional Right Guarantee under the, "Fourteenth and FIRST AMENDMENT" to seek REDRESS in a court of Law. Conditions of confinement also, In violation of the FIFTH AMENDMENT which violates my due process Rights.

H. that the deliberate actions of prison officials, they did not respond to GRIEVANCE date 4-17-2015 concerning WARDEN Tarry williams, etc! prison officals are RECKLESS and will continue to do so. plaintiff is alleging that the administration is hindering and/or precluding plaintiff from exhausting his GRIEVANCE all the way to the administrative REVIEW board in springfield, Illinois and therefore also violating plaintiffs constitutional Right Guarantee under the, "Fourteenth and FIRST AMENDMENT," To seek REDRESS In a court of Law. Conditions of confinement also, In violation of the FIFTH AMENDMENT which violates my due process Rights.

WHEREFORE, plaintiff Respectfully prays that this
Court ENTER judgment granting plaintiffs,

## VII. RELIEF REQUESTED

A. Damages, award plaintiff Monetary Damages in the amount of $10,000 against Each defendant.

B. award plaintiff Monetary damages in the Amount of $10,000 against Each defendant for his pain and suffering Emotional STRESS and Mental anguish

C. Exemplary [Monetary and Punitive] damages against Each defendant in the amount of $10,000.

D. Issue a Declaratory Judgment stating:
a declaration that the acts and omissions
described herein violated plaintiffs Rights under the
Constitution and Laws of the United States.

E. Release the plaintiff from punitive segregation
and place him in protective custody, with Resteration of
all Rights and privileges

F. One man status in segregation even if plaintiff transfers.

G. sent to pontiac segregation or pontiac protective custody permanently.

H. sent to stateville correctional center health care unit for
administrative hold or detention untill transfer or untill
out of state transfer occurs, due to death threat's.

I. Taken off Highly escape Risk (Level-E-IO card)

J. Plaintiffs costs in this suit

K. any additional Relief this court deems Just, proper and
Equitable.

The plaintiff demands that the case be tried by a jury ☒ YES ☐ NO

Respectfully submitted,

Mario S. English JR.

## CERTIFICATION

By signing this complaint. I CERTIFY that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that IF this certification is not correct. I may be subject to sanctions by the court

Signed this __1st__ day of __July__ . 2015

Mario S. English JR.
MARIO S. ENGLISH JR. B-57430
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434
815-727-3607

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Marto S. English
_____
Plaintiff,

v.

Terry Williams et. al,
_____
Defendant

)
)
)
)
)
)

Case No. 15 - CV - 3950

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoner Correspondence Ofc  TO: _____
   United States District Court  Assistant Attorney General
   219 South Dearborn Street  General Law Bureau
   Chicago, Illinois 60604  100 West Randolph Street, 13th Floor
                        Chicago, Illinois 60601

TO: _____  TO: _____
   _____  _____
   _____  _____
   _____  _____

PLEASE TAKE NOTICE that on July 1st 15th , 20 15 , I have placed the
documents listed below in the institutional mail at Stateville Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: ① Prisoner Correspondence Form, ② Amended Complaint 32 pages.
to United States Marshals Service Form.
_____

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: July 1st 15th , 2015

/s/ Marto S. English Jr.
NAME: Marto S. English Jr.
IDOC#: B-57430
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434
on behalf of the plaintiff
                 his request of me.
815-727-3607